FROM THE OFFICE OF THE CLERK OF COURT,
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## Consent to Receive Notices of Electronic
## Filing for Self-Represented Litigants Who are Not Incarcerated

Parties who are not represented by an attorney and who are not currently incarcerated may use this form to consent to receive electronic notice of documents entered in their cases instead of receiving those documents by regular mail. Parties may not use this form unless they have already provided a valid physical mailing address.

### How to Access Documents Electronically:

Under Federal Rules of Civil Procedure 5(b)(2)(E) and 77(d)(1), you may consent to receive electronic notifications of documents—including Court orders—that are filed in your case. If you consent to receive electronic notice by completing this form and returning it to the Clerk's Office, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. **You will no longer receive documents filed in your case by regular mail.** After receiving the Notice of Electronic Filing, you are permitted to view the document one time without cost within 15 days of receiving the email. You can access the document by clicking on the hyperlinked document number in the e-mail. If the document has attachments, you will be prompted to view all of the attachments on a subsequent screen. Please be advised that if you click on the case number instead of the document number, you will be directed to the Public Access to Court Electronic Records service (PACER) and will be prompted to pay for viewing the docket sheet for the case.

Once you click the hyperlink and access the documents in that filing, you will no longer be able to access those documents without cost. After 15 days from the date of the Notice of Electronic Filing, the hyperlink will no longer provide free access even if you have not already viewed your documents. **For these reasons, you should print or save the documents during the "free look" to avoid any future charges.** While a PACER account is not required to access most documents during a "free look" period, you will need a PACER account to access any restricted documents or to view documents outside of the "free look" period. To register for a PACER login and password, visit www.pacer.uscourts.gov or call 1-800-676-6856.

### Important Notice:

If you consent to electronic notice, you should understand that:

1. You will no longer receive documents filed in your case, including Court orders, in the mail;

2. If you do not view and download your documents during your "free look" within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. Restricted documents can only be viewed by setting up an account through PACER;

4. This consent does **not** permit you to electronically file your documents. If you would like to electronically file your documents, you may use the Electronic Document Submission (EDS) tool available through the Court's website, or you may file a motion asking the Judge assigned to your case to permit you to file using the Court's Electronic Case Filing System. If you use either of these two systems to file documents with the Court, you will also receive electronic notice of orders and other filings in your case at the e-mail address you provide. *See* Local Rule 5.1.2(7)(a), (d), (e).

5. It will be your duty to regularly review the docket sheet for any case you have before the Court to make sure that you do not miss a filing. The docket contains the record of all filings in a case and may be viewed by using PACER, or it may be viewed for free at the Court's public terminals during business hours.

6. This consent will be valid unless or until you revoke the consent in writing. To revoke consent, you must file a "Revocation of Consent to Receive Notices of Electronic Filing" and file it in each case for which you do not wish to continue receiving notice electronically. You must include your current physical mailing address in any revocation to make sure that you continue to receive notice of filings in your case, including court orders.

**Consent**:

By signing this form, I consent to receive notice and service of all items required to be served under Federal Rules of Civil Procedure 5 and 77(d) by email transmission at the e-mail address I have provided on this form. In doing so, I waive my right to service by mail. I represent that I have regular access to my e-mail account and to the internet, and that I will check my account regularly for notices of electronic filing.

**I further agree to promptly notify the Clerk's Office in writing if there is any change to my e-mail address or mailing address within 14 days of the change as required by Local Rule 5.1(b).** I also agree to notify the Clerk's Office in writing by filing a "Revocation of Consent to Receive Notices of Electronic Filing" in each case for which I revoke my consent to receive notice electronically. I understand that electing to receive notices of electronic filing when documents are filed in my case does not grant me the ability to file or serve documents electronically.

List the case name and case number for which you want this consent to apply:

*Case name and number*: _____

This consent only applies to the case listed above. **To receive electronic notice in other cases, you must file a separate consent in each case for which you would like to receive electronic notice.**

5/7/24
Date

Avery V. Hardaway
Signature

Avery J. Hardaway
Printed Name

412 W. Berks St
Mailing Address

Philadelphia PA 19122
City, State, Zip Code

averyhardaway@gmail.com
Email Address