| AMENDED CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br><br>FEPA | Agency(ies) Charge No(s):<br><br>530-2023-08005 |
|---|---|---|
| Pennsylvania Human Relations Commission<br>*State or local Agency, if any* | | and EEOC |

| Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*<br>Avery Hardaway | Home Phone<br>(617) 968-7585 | Year of Birth |
|---|---|---|
| Street Address<br>412 W Berks St<br>Philadelphia, PA 19122 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>TRADER JOES COMPANY - 618 PHILADELP | No. Employees, Members<br>15 - 100 Employees | Phone No.<br>(626) 599-2833 |
|---|---|---|
| Street Address<br>1324 ARCH ST.<br>PHILADELPHIA, PA 19107 | | |
| Name | No. Employees, Members | Phone No. |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON<br><br>Religion | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest: 08/01/2022     Latest: 08/01/2023 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I applied to work with Respondent, Trader Joe's Company, earlier in August 2022. After filling out an online application, I followed-up in-person with a store manager. The manager repeatedly asked me whether I could work Saturdays after I explicitly stated on my application that I would be unable to do so as my religion considers it a day of rest, which Respondent was not receptive to. I was ultimately told that I was not selected for this role, however their website still had "Interested in Crew?" posted. I called months later, to which they replied that they were not hiring.

I again attempted to apply at a Job Fair in June 2023 to the Arch Street location. I was interviewed on-the-spot by another store manager. Following this interview, I called the store to ask if I could start immediately since I was at that point unemployed. The store manager laughed and said that I was not selected. I reapplied, at which point I received an email saying my application would be under consideration for three weeks. When I again called the store manager to ask to start immediately, I was told that "it does not work like that." Though I have not been selected, my status reads, "Future Consideration." I signed up to be notified of open positions with three stores, but have yet to receive a single notification.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Date     *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| AMENDED CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br>**530-2023-08005** |
|---|---|---|

Pennsylvania Human Relations Commission and EEOC
*State or local Agency, if any*

I again reapplied, but now I am listed as a "new candidate." Additionally, the careers page lists me as a Team Member which makes means that I no longer receive alerts for job fairs and openings. I fit the qualifications for this position.

I allege that I have been discriminated against on the basis of retaliation and of my religion, with regard to my ineligibility for hire, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Date _____ Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



# TRADER JOE'S

## Careers

**My Profile**

Team Member At Michaels

**Name:**
Avery Hardaway

**E-mail:**
averyhardaway@gmail.com (--)

**Address:**
Philadelphia (19122-2211)
Pennsylvania , United States (home)

EDIT PROFILE

CHANGE PASSWORD

# Attachments

TraderJoe'sCareers.png (resume)     

TraderJoe's.docx (resume)     



# TEMPLE UNIVERSITY

OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION

BY AUTHORITY OF THE BOARD OF TRUSTEES AND UPON RECOMMENDATION
OF THE FACULTY HEREBY CONFERS UPON

## Avery J. Hardaway

THE DEGREE OF

### Bachelor of Science

TOGETHER WITH ALL THE RIGHTS PRIVILEGES AND HONORS APPERTAINING
THERETO IN RECOGNITION OF THE SATISFACTORY COMPLETION
OF THE COURSE PRESCRIBED BY THE FACULTY OF THE UNIVERSITY

IN TESTIMONY WHEREOF THE UNDERSIGNED HAVE SUBSCRIBED
THEIR NAMES AND AFFIXED THE SEAL OF THE UNIVERSITY

GIVEN AT PHILADELPHIA PENNSYLVANIA ON THIS TWENTY SEVENTH DAY OF
AUGUST TWO THOUSAND AND TEN

CHAIR OF THE BOARD OF TRUSTEES

SECRETARY

PRESIDENT

DEAN





**ANNA E. DICKINSON
1842-1932**

Nationally renowned orator, writer, and advocate for women's rights, abolition of slavery, and labor and prison reform, she was the first woman to address Congress, a speech attended by President Lincoln. A Philadelphia native, she stayed here 1873-1883.

PENNSYLVANIA HISTORICAL AND MUSEUM COMMISSION 2022

Home > Kids > Art Supplies > Chalk & Pastels > Chalk

# Assorted Crayola® Party Colors Anti-Roll Sidewalk Chalk

Item # 10319838

☆☆☆☆☆ ∨ (172)



•

## $1.99

20% OFF EVERY REGULAR PRICE PURCHASE WITH CODE MIK20OFF Online only   Details

📄 Add to list     ⬆ Share

● Store Pickup — FREE  ⓘ

Out of Stock at Abington Shopping Center
are | AISLE 14
eck Other Stores

✕ GET 25% OFF

Mail body: Fwd: Your eReceipt from Old Navy

---

---------- Forwarded message ---------
From: **Old Navy** <orders@email.oldnavy.com>
Date: Thu, Jun 15, 2023, 2:17 PM
Subject: Your eReceipt from Old Navy
To: <averyhardaway@gmail.com>

View in web browser.

OLD NAVY

Display images to show real-time content
Display images to show real-time content

```
                    OLD NAVY - 03744
                 1618-22 Chestnut Street
                    Philadelphia PA 19103
                    Tel.(215) 586-4143

06/15/2023                              02:17:27 PM
Trans.: 3339                          Store: 03744
Reg.: 301
Cashier: 3475189                       Valid No: 2823
                       EXCHANGE
           037443013339202306152823


Loose Taper Non-Stretch '94                -27.83(N)
Cargo Pants for Men
754565-071-3430                         1 @ -29.99
521 - Discounts, $0.00 off                   0.00
539 - Discounts, $2.16 off                   2.16
Orig. Receipt:             037443013053 06/13/2023
Regular Fit Built-In Flex                   15.00(N)
Everyday Poplin Shirt for Men
558349-031-0003                          1 @ 26.99
Item Discount $15.00                       -11.99
M 15SHRT SLV VRD S

Fee for Small Bag                            0.15(T)
 173                                      1 @ 0.15

Total Discount                             - 9.83

Subtotal                                   -12.68
T1 Taxable Amount                            0.15
T1(6.00%) Tax                                0.01
Total Tax                                    0.01
Total                                      -12.67

DEBIT                                      -12.67
Entry Method:                                Chip
Account:                      XXXXXXXXXXXX5386
Auth:                           AUTH 131178 (A)
Application Label:        VISA US COMMON DEBIT
AID:                            A0000000980840
TVR:                                 8000048000
TSI:                                       6800

By entering a verified PIN, cardholder agrees to
pay issuer such total in accordance with
issuer's agreement with cardholder

Total Tender                               -12.67

           We would love to hear your feedback!
             Please take our two minute survey:
             https://survey.medallia.com/oldnavy-feedback

         Unwashed and unworn merchandise,
```

```
              accompanied by an original sales
              receipt, may be returned to any U.S.
              store within 30 days of purchase for
           full refund in original form of payment.
             A one-time price adjustment may be made
                within 14 days of purchase with an
         original receipt. Final Sale items are not eligible for
                      returns or adjustments.

            Valid photo ID required for unreceipted returns.
               Exchange or merchandise return card for
               current selling price. Information from
               your ID may be captured and retained by
                   a third-party provider Old Navy
               uses to authorize returns and prevent
                       fraud. For inquiries, call
            1-800-652-2331 or visit theretailequation.com.

                   Additional terms and restrictions apply.
                   See store for full return policy details.
```

Display images to show real-time content

Display images to show real-time content
Display images to show real-time content
Display images to show real-time content

GET IT TODAY
IN-STORE PICKUP              RETURNS & EXCHANGES              INTEREST FREE
DOWNLOAD THE APP                              FIND YOUR STORE
Display images to show real-time content



Privacy Policy    Navyist Rewards Card Program

Display images to show real-time content

Display images to show real-time content
Display images to show real-time content
Display images to show real-time content
Display images to show real-time content

This email contains information regarding your transaction at Old Navy. You can unsubscribe from marketing emails by clicking "Unsubscribe." You will continue to receive transactional and account-related emails. Please see our Rewards Program Terms for details on how to manage your membership. If you have any questions, contact Old Navy's Customer Service Page or call us at 1-800-OLD-NAVY (1-800-653-6289). You may also contact us by postal mail at Old Navy Customer Services, 6007 Greene Pointe Drive, Groveport OH 43125.

© 2023 Gap Inc.

Mail body: Fwd: Your eReceipt from Old Navy

---

---------- Forwarded message ---------
From: **Old Navy** <orders@email.oldnavy.com>
Date: Fri, Jun 23, 2023, 1:02 PM
Subject: Your eReceipt from Old Navy
To: <averyhardaway@gmail.com>

View in web browser.

**OLD NAVY**

Display images to show real-time content
Display images to show real-time content

```
                    OLD NAVY - 03744
                 1618-22 Chestnut Street
                   Philadelphia PA 19103
                     Tel.(215) 586-4143

06/23/2023                               01:02:07 PM
Trans.: 9871                             Store: 03744
Reg.: 305
Cashier: 3503696                         Valid No: 5951
                         RETURN
            03744305987120230623 5951


Regular Fit Built-In Flex                    -15.00(N)
Everyday Poplin Shirt for Men
558349-031-0003                       1 @ -15.00
Orig. Receipt:
                              037443013339 06/15/2023
Subtotal                                       -15.00
T1 Taxable Amount                              -15.00
T1(0.00%) Tax                                    0.00
Total Tax                                        0.00
Total                                          -15.00

DEBIT                                          -15.00
Entry Method:                                    Chip
Account:                            XXXXXXXXXXXX5386
Auth:                               AUTH 140612 (A)
Application Label:              VISA US COMMON DEBIT
AID:                                 A0000000980840
TVR:                                     8000048000
TSI:                                           6800

By entering a verified PIN, cardholder agrees to
pay issuer such total in accordance with
issuer's agreement with cardholder

Total Tender                                   -15.00

             We would love to hear your feedback!
             Please take our two minute survey:
           https://survey.medallia.com/oldnavy-feedback

         Unwashed and unworn merchandise,
         accompanied by an original sales
        receipt, may be returned to any U.S.
        store within 30 days of purchase for
       full refund in original form of payment.
       A one-time price adjustment may be made
            within 14 days of purchase with an
     original receipt. Final Sale items are not eligible for
                    returns or adjustments.

       Valid photo ID required for unreceipted returns.
           Exchange or merchandise return card for
           current selling price. Information from
           your ID may be captured and retained by
```

```
                a third-party provider Old Navy
              uses to authorize returns and prevent
                      fraud. For inquiries, call
            1-800-652-2331 or visit theretailequation.com.

               Additional terms and restrictions apply.
               See store for full return policy details.
```

Display images to show real-time content

Display images to show real-time content
Display images to show real-time content
Display images to show real-time content

GET IT TODAY
**IN-STORE PICKUP**          **RETURNS & EXCHANGES**              **INTEREST FREE**
DOWNLOAD THE APP                              FIND YOUR STORE
Display images to show real-time content



Display images to show real-time content

Display images to show real-time content
Display images to show real-time content
Display images to show real-time content
Display images to show real-time content

This email contains information regarding your transaction at Old Navy. You can unsubscribe from marketing emails by clicking "Unsubscribe." You will continue to receive transactional and account-related emails. Please see our Rewards Program Terms for details on how to manage your membership. If you have any questions, contact Old Navy's Customer Service Page or call us at 1-800-OLD-NAVY (1-800-653-6289). You may also contact us by postal mail at Old Navy Customer Services, 6007 Greene Pointe Drive, Groveport OH 43125.

© 2023 Gap Inc.